IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTERNATIONAL CONTROL SYSTEMS, LLC, ET AL. | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 2:08-CV-188-CE |
| SONY ELECTRONICS, INC.; | § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## ORDER OF DISMISSAL OF AUDIOVOX CORPORATION

Before the Court is Plaintiff International Control Systems, LLC. and Defendant Audiovox Corporation (collectively "the Parties") Stipulated Motion For Dismissal.

The motion is GRANTED and it is hereby ORDERED that:

1. All claims and counterclaims in the above-captioned action between the Plaintiff International Control Systems L.L.C. and Defendant Audiovox Corporation are hereby dismissed with prejudice in accordance with the Parties' Settlement Agreement.

2. Audiovox Corporation is dismissed from this action with prejudice.

3. The Parties shall each bear their own costs and attorneys' fees.

4. This Court retains jurisdiction to enforce the Settlement Agreement of the Parties.

SIGNED this 29th day of October, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE